**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MALIBU MEDIA, LLC,**

           **Plaintiff,**

-vs-                                                                        **Case No. 6:13-cv-1956-Orl-28KRS**

**JOHN DOE subscriber assigned IP address 97.101.245.181,**

           **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO RULE 26(F) CONFERENCE (Doc. No. 7)**
>
> **FILED:** January 7, 2014
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff asks for leave to serve a subpoena on Time Warner Cable, which it contends is the Internet Service Provider for Defendant John Doe who is assigned IP address 97.101.245.181, before conducting the Case Management Conference. Plaintiff does not cite in its memorandum of law facts establishing that Time Warner Cable was the Internet Service Provider for Defendant at the time alleged in the complaint. Therefore, good cause has not been established to grant the relief requested.

A renewed motion must comply with the requirements of the Local Rules of this Court.  *See, e.g.,* Local Rule 3.01(a)("In a motion . . . , the movant shall include a concise statement of the precise relief required, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include in *a single document* not more than twenty-five (25) pages.").  A copy of the proposed Rule 45 subpoena should be filed in support of a renewed motion.

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE